1  **UMHOFER, MITCHELL & KING LLP**
   J. Anthony King (SBN 297279)
2  767 S. Alameda St., Suite 270
   Los Angeles, California 90021
3  Telephone: (213) 394-7979
4  Facsimile: (213) 529-1027
   *anthony@umklaw.com*
5
   *Attorney for Plaintiffs Dental Health Center of*
6  *Monmouth Beach and Michael DiCarlo*

7

8             **UNITED STATE DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DENTAL HEALTH CENTER OF MONMOUTH BEACH, a New Jersey limited liability company, and MICHAEL DICARLO, an individual<br><br>Plaintiffs,<br><br>v.<br><br>OPULENT DIGITAL SPECIALISTS, LLC, a California limited liability company; JESSE ZAMARRIPA, an individual; AMANN GIRRBACH NORTH AMERICA LP, a North Carlonia limited partnership, and DOES 1 through 20, inclusive,<br><br>Defendants, | Case No. 2:25−CV−01969−DJC−CSK<br><br>*Hon. Daniel J. Calabretta*<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS OPULENT DIGITAL SPECIALISTS, LLC AND JESSE ZAMARRIPA WITHOUT PREJUDICE**<br><br>**Hearing:**<br>Date:     N/A<br>Time:    N/A<br>Location: Courtroom 7<br><br>Operative Complaint: September 8, 2025<br>Trial Date:            N/A |

*NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE*

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs DENTAL HEALTH CENTER OF MONMOUTH BEACH and MICHAEL DICARLO ("Plaintiffs") voluntarily dismiss the above-captioned action, **without prejudice**, as to Defendants OPULENT DIGITAL SPECIALISTS, LLC and JESSE ZAMARRIPA, and without further notice. As grounds therefor, Plaintiffs state that neither defendant has filed an answer or a motion for summary judgment, and voluntary dismissal without prejudice is permissible pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Furthermore, Plaintiffs and Defendant AMANN GIRRBACH are in the process of finalizing a settlement which will result in the dismissal of AMANN GIRRBACH with prejudice that will enable closure of this action.

Respectfully submitted,

DATED: December 23, 2025    **UMHOFER, MITCHELL & KING LLP**

By: /s/ *J. Anthony King*
J. Anthony King

*Attorneys for Dental Health Center of Monmouth Beach and Michael DiCarlo*