1 **UMHOFER, MITCHELL & KING LLP**
J. Anthony King (SBN 297279)
2 767 S. Alameda St., Suite 270
Los Angeles, California 90021
3 Telephone: (213) 394-7979
Facsimile: (213) 529-1027
4 *anthony@umklaw.com*

*Attorney for Plaintiffs Dental Health Center of Monmouth Beach and Michael DiCarlo*

# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENTAL HEALTH CENTER OF MONMOUTH BEACH, a New Jersey limited liability company, and MICHAEL DICARLO, an individual<br><br>Plaintiffs,<br><br>v.<br><br>OPULENT DIGITAL SPECIALISTS, LLC, a California limited liability company; JESSE ZAMARRIPA, an individual; AMANN GIRRBACH NORTH AMERICA LP, a North Carlonia limited partnership, and DOES 1 through 20, inclusive,<br><br>Defendants, | Case No. 2:25−CV−01969−DJC−CSK<br><br>*Hon. Daniel J. Calabretta*<br><br>**NOTICE OF STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Hearing:**<br>Date:    N/A<br>Time:   N/A<br>Location: Courtroom 7<br><br>Operative Complaint: September 8, 2025<br>Trial Date:              N/A |

*NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE*

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs DENTAL HEALTH CENTER OF MONMOUTH BEACH and MICHAEL DICARLO ("Plaintiffs") and Defendant AMANN GIRRBACH NORTH AMERICA LP ("Defendant") (together, the "Parties"), hereby stipulate to dismissal of the above-captioned action, **with prejudice**. As grounds therefor, Plaintiffs state that the Parties stipulating to the dismissal constitute all parties that remain in the case and stipulated dismissal with prejudice is permissible pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Furthermore, the Parties have reached a settlement which enables closure of this action.

Respectfully submitted,

DATED: January 6, 2026     **UMHOFER, MITCHELL & KING LLP**

By: /s/ *J. Anthony King*
J. Anthony King

*Attorneys for Dental Health Center of Monmouth Beach and Michael DiCarlo*

DATED: January 6, 2026     **BROWN WEGNER LLP**

By: /s/ *William J. Brown, Jr.*
William J. Brown, Jr.

*Attorneys for Amann Girrbach North America LP*

1

*NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE*